**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RONALD F. TEFFTELLER, )
                               ) NO. CV 08-06948-SS
          Plaintiff, )
                               )
           v. ) **JUDGMENT**
                               )
CAROLYN W. COLVIN, )
Commissioner of the Social )
Security Administration, )
                               )
         Defendant. )
_____ )

    For the reasons stated in the parties' Stipulation of July 18, 2013, Judgment is entered in favor of Defendant and against Plaintiff. The action is dismissed without prejudice.

DATED: July 19, 2013.

                                         _____/S/_____
                                             SUZANNE H. SEGAL
                                     UNITED STATES MAGISTRATE JUDGE